Exibit A

1:20-cv-01272-SLD     # 1     Filed: 07/21/20     Page 1 of 6

E-FILED
Wednesday, 22 July, 2020  11:20:13 AM
Clerk, U.S. District Court, ILCD
Page 1 of 6

# AFFIDAVIT

7-19-20

I, Alexander Ross Kluball, declare under penalty of Perjury, *In accordance with 42 U.S.C. §1746,* that all of the contained herein, are true and correct to the best of my first hand knowledge and beliefe.

I, Alexander Ross Kluball, am a current inmate in Federal custody here at FCI Pekin and currently live in cell 204 on Iowa One Unit. MRS. Bell (K. Bell) is Iowa One's current case manager, MR. Symons is my Unit case manager, and MR. Plata is my Unit Councelor. All three individuals are the 'Iowa 1 Unit Team'. MRS. Toney, MR. Ieöger [SIC], and MR. Lamirand all work in the education Department *where* the lawlibrary is located. MR. Lamirand is the department head.

For the past month, around June 15th, 2020 until current, I've requested several times via paper cop-out and electronic cop-out/request form for access to the law library. I was told by the staff listed above, my unit team as well as education staff, that ONLY inmates with a open case AND reply dead line that is close, May access the law library.

Originally on the week of 6-15-20 through 6-19-20, I submitted a paper cop-out request form to MRS. Toney (Education staff) for access to the law library because of legal research I needed to conduct on both a civil complaint that has a statute of limitations

that expires this year, 2020, as well as a compassionate release Under the CARES ACT, as well as research on filing a 2255 for my Criminal Case. I explained I needed access to the law library to do legal research. MRS. Toney replied saying I need to request through MRS. Bell.

On 6-22-20, I put a request form in my door, which the Unit Officer collected while doing rounds, requesting MRS. Bell to schedual me for the law library. No Reply.

On 6-29-20, upon leaving UNICOR (My Prison Job), I returned to my Unit which is IOWA 1. MRS. Bell entered the Unit directly behind me from outside ~~which~~ which is when I noted her and asked if I could turn in a cop-out to her since it was for her and she was right here. She said 'yes, sure'. I personally handed her the paper Cop-out requesting access to the law library and explained why I needed access. No Reply.

On 7-9-20 I Submitted another cop-out request to MRS. Bell requesting the same as above. This time I also informed her that on 7-7-20 I had Mail rejected. Also that on 7-8-20 I had two Mail Rejections for a total of three mail rejections. I informed her I only have 20 days to appeal the Mailroom rejection and I need to research BOP Policy ~~aswell~~ as well as Civil and Criminal Case law. No Reply.

2 of 6

On 7-11-20, I Sent MRS. Bell AND MRS. Girad (CMC) who is above MRS. Bell, an electronic Cop-out On the Computer System. I asked a fourth time for access to the law library, explained why I needed to use the Law Library. I also informed both that by ignoring my request and therefore they are denying me due process by access to the courts. I informed them to review cases: Bounds V. Smith, Ex Parte Hull and Johnson V. Avery. as well as: Trujillo v Williams, and Marange V. Fontenot. I Put both on notice of MRS. Bells gross violation of My Constitutional rights to access the courts. These two cop-out/request forms are still on the Computer but the only place I can print them is in the law library. No reply to either electronic Cop-out/request.

On 7-13-20 I requested a BP-8 to start My Administrative remedies. Please See 'Exibit B' (BP-8) attached to Motion. MR. Symons informed me Mrs. Bell forwards requests to the region office and their legal team checks to see if inmate who requested use to law library has a open case and a deadline. I informed him that is a gross Violation of inmates rights to access the courts. He Stated thats what region told them to do.

On 7-14-20 in the morning time before lunch while at My prison job at UNICOR, I seen MRS. Tony in the factory and asked her if MRS. Bell Put me down for the law library, She said She

3 of 6

would speak to lamirand (head of education) and let me know. Later that day, while heading to lunch, I approached MR. Lamirand, who was with MRS. Tony, and I explained my situation, why I need access to the law library, and if MRS. Bell sent my requests to him. He stated requests go through the unit team and they 'vet' who should be allowed access to the law library. Furthermore he said he never got any requests or approval Email from MRS. Bell. I again was told that region told them to only allow inmates with an open case and a deadline to use the law library. I informed him they are denying me right to access the Courts by not allowing me to use the law library. He said he would get ahold of mrs. Bell and check with her.

Around 1:30 - 1:40pm upon leaving UNICOR, MRS. Tony stopped me and asked if I heard the bad news. I told her 'no' inwhich she told me "mrs. Bell checked with Region" and I didn't have a open case and deadline. She then told me MRS. Bell will talk to me back at the unit. MRS. Bell never came to talk to me.

On 7-15-20 around 2:15pm to 2:30pm, at Cell 204 on Iowa One Unit, MRS. Bell approached the Cell in which me and My Cell Mate Brady Rogers 0916 06910 0109 09601-030 reside in. She asked me what I needed. I explained that I've sent her four requests over the past month, three paper and

4 of 6

One electronic request. She Said. She never got them. I reminded her I gave one directly to her on 6-28-20 at the door to the unit. She then said 'well, I don't have it now.' I again explained why I needed to use the law library and she told me to fill out another cop-out with my Case number. I informed her, yet again, I don't have a Case number yet because I'm still working on the legal research before I submit my Motions/Complaint. She told me Region Says I need a Case number And a deadline inorder to use the law library. I informed her again and put her on notice, in person, that she was violating my Constitutional rights to due process and access to the Courts. She Stated, and I qoute: "I don't Care about your rights, I'm doing what Region told me to do."

She than began talking with my Cell mate and denied his request. ~~Please See 'Exibit C' (Brady Rogers Affidavit)~~ will be sent in once Mrs Garret can notarized.

At the time of writing this document, 7-19-20 at 5:21pm, I've yet to be afforded access to the law library and all requests have been ignored. I've also yet to receive a reply to my BP-8. I will Continue to exhaust the Administrative Remedies in accordance with 42 U.S.C. §1997 (AK) ~~(e)(a)~~ (e)(a) and Proceed to file a Civil Action^(as pro se,) against MRS. Bell and ALL individuals ~~invol~~ (AK) involved with the Violation of my Civil rights. AlSO, deprivation of rights under the Color of law, is a federal offense and I will also^(request) Charges to be brought against any and all^(parties) involved.

5 of 6

Respectfully Submitted,

Alexander Kluball

09184-090

FCI Pekin

P.O. Box 5000

Pekin, IL 61555-5000